| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NEW YORK | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X,<br><br>FRANCIS J. KEATING, JR.,<br>Plaintiffs,<br><br>- against –<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br>Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | STATEMENT OF SERVICE BY MAIL AND<br>ACKNOWLEDGMENT OF RECEIPT BY<br>MAIL OF SUMMONS AND COMPLAINT<br><br>INDEX NO. 190384/2018<br><br>Date of Filing:   10/10/18 |

CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation
c/o Corporation Service Company
80 State Street
Albany, NY 12207

The enclosed Summons and Complaint are served pursuant to § 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the Acknowledgment part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it.  You should keep a copy for your records or your attorney.  If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a Complaint with this statement, the return of this statement and Acknowledgment does not relieve you of the necessity to answer the Complaint.  The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender.  If you wish to consult an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the Acknowledgment.

I declare, under penalty of perjury, that this Statement of Service by Mail and Acknowledgement of Receipt by Mail of Summons and Complaint will have been mailed on October 11, 2018.

_____                                    _____October 11, 2018_____
Signature                                                                                          [Date of Signature]

Levy Konigsberg LLP, 800 Third Avenue, 11th Floor, New York, New York  10022_____
Address

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I received a Summons and Complaint in the above-captioned matter at [INSERT ADDRESS]_____
_____

PLEASE CHECK ONE OF THE FOLLOWING;
                          IF 2 IS CHECKED, COMPLETE AS INDICATED
☐    1.    I am not in the military service.
☐    2.    I am in military service and my rank, serial number and branch of service are as follows:_____
                                                                    Branch of Service:_____
Serial Number:_____
                          TO BE COMPLETED REGARDLESS OF MILIARY STATUS:
Date: _____
            (Date this Acknowledgment is executed)

I affirm the above as true under penalty of perjury.

                                             _____
                                             Signature
                                             _____
                                             Print Name
                                             _____
                                             Name of Defendant for which acting
                                             _____
                                             Position with Defendant for which acting (i.e., officer, attorney, etc.)
                                             **Please Complete All Blanks Including Dates**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FRANCIS J. KEATING JR

Plaintiff/Petitioner,

      -against-                             Index No.  190384/2018

AIR & LIQUID SYSTEMS CORPORATION,
      as successor by merger to Buffalo Pumps,

Defendant/Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ELECTRONIC FILING

**You have received this Notice because:**

> • The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
> • You are a Defendant/Respondent (a party) in this case.
> (CPLR § 2111, Uniform Rule § 202.5-bb)

**If you are represented by an attorney:** give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

**Benefits of E-Filing**

You can:

> • serve and file your documents electronically
> • view your case file on-line
> • limit your number of trips to the courthouse
> • pay any court fees on-line

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

> • visit: www.nycourts.gov/efile-unrepresented or
> • go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

                                     EFM-1

## Information for Attorneys

An attorney representing a party who is served with this notice must either:

> 1) immediately record his or her representation within the e-filed matter on the NYSCEF site https://iapps.courts.state.ny.us/nyscef/HomePage; or

> 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 10/10/201

KEITH BINDER
         Name

Levy Konigsberg, LLP
       Firm Name

800 Third Avenue, 11 FLoor
              Address

New York, NY  10022

6467345197
              Phone

kbinder@lpklaw.com
              E-Mail

To:    All Named Defendants

11/20/17

SUPREME COURT OF THE STATE OF NEW YORK
ALL COUNTIES WITHIN THE CITY OF NEW YORK

New York City
Abestos Litigation
Index No.:
DOF:

-------------------------------------------------- X
IN RE: NEW YORK CITY
ABESTOS LITIGATION
--------------------------------------------------X

**SUMMONS**

FRANCIS J. KEATING, JR.,

Plaintiffs,

**Plaintiffs Designate
NEW YORK COUNTY
as the place of trial**

- against -

**Basis for venue is
Defendants' place of
business**

AIR & LIQUID SYSTEMS CORPORATION,
     as successor by merger to Buffalo Pumps, Inc.;
ARMSTRONG INTERNATIONAL, INC. ;
ATWOOD & MORRILL CO., INC. ;
AURORA PUMP COMPANY;
CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc.,
     successor by merger to CBS Corporation, a Pennsylvania
     Corporation, f/k/a Westinghouse Electric Corporation;
CARRIER CORPORATION;
COPELAND CORPORATION LLC;
CRANE CO.;
DCo LLC,
     formerly known as Dana Companies, LLC;
ELLIOTT COMPANY;
FALK CORPORATION;
FMC CORPORATION,
     on behalf of its former Peerless Pump and Northern Pump
     business;
FOSTER WHEELER, LLC,
     survivor to a merger with Foster Foster Wheeler
     Corporation;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS LLC,
     f/k/a Goulds Pumps Incorporated;
IMO INDUSTRIES, INC.;
INDUSTRY PRODUCTS CO.;
INGERSOLL-RAND COMPANY;
JOHN CRANE INC.;
JOHNSON CONTROLS, INC.,
     individually and as successor to Kieley & Mueller, Inc.;
R.E. HEBERT & COMPANY;
ROCHESTER INDUSTRIAL INSULATION
SPIRAX SARCO, INC.;
SPX COOLING TECHNOLOGIES, INC.,
     individually and as successor to Marley Cooling
     Technologies, Inc. and The Marley Cooling Tower
     Company;
SYRACUSE SUPPLY COMPANY;
TECUMSEH PRODUCTS COMPANY LLC;

{00414308.DOCX}

THE NASH ENGINEERING COMPANY;
TRANE U.S. INC.,
     f/k/a American Standard Inc.;
UNION CARBIDE CORPORATION;
WARREN PUMPS LLC; and
YORK INTERNATIONAL,

                                 Defendants.

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, at the address

stated below, an answer to the attached complaint within twenty (20) days after the service of this summons,

exclusive of the day of service, or within thirty (30) days after service is complete if this summons was not

personally delivered to you within the State of New York; upon your failure to answer, judgment will be taken

against you by default for the relief demanded in the complaint.

Dated:  New York, New York
       October 10, 2018

                       LEVY KONIGSBERG, LLP

                       KEITH W. BINDER
                       800 Third Avenue, 11th Floor
                       New York, NY 10022
                       (212) 605-6200
                       *Attorneys for Plaintiffs*

To:
AIR & LIQUID SYSTEMS CORPORATION, as
successor by merger to Buffalo Pumps, Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

ARMSTRONG INTERNATIONAL, INC.
900 Maple Street
Three Rivers, MI 49093

ATWOOD & MORRILL CO., INC.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

AURORA PUMP COMPANY
Attn: Kevin Keyes
13320-A Ballantyne Corporate Place
Charlotte, NC 28277

CARRIER CORPORATION
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

CBS Corporation, a Delaware Corporation, f/k/a
Viacom Inc., successor by merger to CBS
Corporation, a Pennsylvania Corporation, f/k/a
Westinghouse Electric Corporation
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Copeland Corporation LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

CRANE CO.
c/o CT Corporation System

{00414308.DOCX}

111 Eighth Avenue
New York, NY 10011
DCo LLC, formerly known as Dana Companies,
LLC
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

ELLIOTT COMPANY
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

FALK CORPORATION
c/o CT Corporation System
8025 Excelsior Drive, Suite 200
Madison, WI 53717

FMC CORPORATION, on behalf of its former
Peerless Pump and Northern Pump business
1735 Market Street
Philadelphia, PA 19103

Foster Wheeler, LLC, survivor to a merger with
Foster Wheeler Corporation
UNITED AGENT GROUP INC.
11380 PROSPERITY FARMS ROAD #221E
PALM BEACH GARDENS, FL 33410

Gardner Denver, Inc.
c/o CT Corporation System
111 EIGHTH AVENUE
NEW YORK, NY 10011

GENERAL ELECTRIC COMPANY
Henry J. King, Jr., Esq., Managing Attorney,
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

Goulds Pumps LLC f/k/a Goulds Pumps
Incorporated
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

IMO INDUSTRIES, INC.
c/o CT Corporation System
111 EIGHTH AVENUE
NEW YORK, NY 10011

Industry Products Co.
c/o Linda Cleveland
500 Statler Road
Piqua, OH 45356

INGERSOLL-RAND COMPANY
c/o Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603

JOHN CRANE INC.
c/o CT Corporation System
111 EIGHTH AVENUE
NEW YORK, NY 10011

JOHNSON CONTROLS, INC., individually and
as successor to Kieley & Mueller, Inc.
c/o CT Corporation System
111 EIGHTH AVENUE
NEW YORK, NY 10011

ROCHESTER INDUSTRIAL INSULATIONS
INC.
c/o Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY 14604

SPIRAX SARCO, INC.
c/o CT Corporation
111 Eighth Avenue
New York, NY 10011

SPX COOLING TECHNOLOGIES, INC.,
individually and as successor to Marley Cooling
Technologies, Inc. and The Marley Cooling Tower
Company
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Tecumseh Products Company LLC
c/o The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, MI 48170

THE NASH ENGINEERING COMPANY
c/o Corporation Service Company
80 State Street
Albany, NY 12207

{00414308.DOCX}

Trane U.S. Inc., f/k/a American Standard Inc.
One Centennial Avenue, PO Box 6820
Piscataway, NJ 08855

UNION CARBIDE CORPORATION
c/o CT Corporation System
111 EIGHTH AVENUE
NEW YORK, NY 10011

WARREN PUMPS LLC

c/o CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

YORK INTERNATIONAL
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

<u>Via Secretary of State</u>
**SYRACUSE SUPPLY COMPANY**
**R.E. Hebert and Company, Inc.**

{00414308.DOCX}

Case 1:18-cv-10439-CM   Document 1-1   Filed 11/09/18   Page 8 of 25

SUPREME COURT OF THE STATE OF NEW YORK
ALL COUNTIES WITHIN THE CITY OF NEW YORK

New York City
Abestos Litigation

-------------------------------------------------X

IN RE: NEW YORK CITY
ABESTOS LITIGATION

Index No.:

-------------------------------------------------X

DOF:

FRANCIS J. KEATING, JR.,

                                      Plaintiffs,

**COMPLAINT**

          - against -

Plaintiffs Demand A
Trial by jury

AIR & LIQUID SYSTEMS CORPORATION,
        as successor by merger to Buffalo Pumps, Inc.;
ARMSTRONG INTERNATIONAL, INC. ;
ATWOOD & MORRILL CO., INC. ;
AURORA PUMP COMPANY;
CBS Corporation, a Delaware Corporation, f/k/a Viacom
        Inc., successor by merger to CBS Corporation, a
Pennsylvania Corporation, f/k/a Westinghouse
Electric Corporation;
CARRIER CORPORATION;
COPELAND CORPORATION LLC;
CRANE CO.;
DCo LLC,
        formerly known as Dana Companies, LLC;
ELLIOTT COMPANY;
FALK CORPORATION;
FMC CORPORATION,
        on behalf of its former Peerless Pump and
        Northern Pump business;
FOSTER WHEELER, LLC,
        survivor to a merger with Foster Foster Wheeler
Corporation;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS LLC,
        f/k/a Goulds Pumps Incorporated;
IMO INDUSTRIES, INC.;
INDUSTRY PRODUCTS CO.;
INGERSOLL-RAND COMPANY;
JOHN CRANE INC.;
JOHNSON CONTROLS, INC.,
        individually and as successor to Kieley &
        Mueller, Inc.;
R.E. HEBERT & COMPANY;
ROCHESTER INDUSTRIAL INSULATION
SPIRAX SARCO, INC.;

{00414308.DOCX}

Case 1:18-cv-10439-CM   Document 1-1   Filed 11/09/18   Page 9 of 25

SPX COOLING TECHNOLOGIES, INC.,
    individually and as successor to Marley
Cooling Technologies, Inc. and The Marley
Cooling Tower Company;
SYRACUSE SUPPLY COMPANY;
TECUMSEH PRODUCTS COMPANY LLC;
THE NASH ENGINEERING COMPANY;
TRANE U.S. INC.,
    f/k/a American Standard Inc.;
UNION CARBIDE CORPORATION;
WARREN PUMPS LLC; and
YORK INTERNATIONAL,

Defendants.

**TO THE ABOVE NAMED DEFENDANTS:**

      Plaintiff, by his attorneys, LEVY KONIGSBERG LLP, for his Complaint, respectfully allege as follows:

1. Plaintiff repeats and re-alleges Levy Konigsberg LLP's Standard Asbestos Complaint for Personal Injury dated May 11, 2018 as if fully incorporated herein.

2. Plaintiff is presently a citizen of the State of Arizona.

3. On October 5, 2018 Plaintiff provided a Social Security authorization to Record Trak.

4. Plaintiff, FRANCIS J. KEATING, JR., was diagnosed with Lung Cancer, Stage III or greater, which meets the minimum requirement for activation into the active docket pursuant to the Case Management Order governing these actions.

Dated: New York, New York
     October 10, 2018

                        LEVY KONIGSBERG, L.L.P.

                        By:    KEITH W. BINDER
                            800 Third Avenue, 11th Floor
                            New York, NY 10022
                            (212) 605-6200

                          *Attorneys for Plaintiffs*

{00414308.DOCX}

SUPREME COURT: ALL COUNTIES
WITHIN THE CITY OF NEW YORK
-------------------------------------------------------- X

IN RE NEW YORK CITY ASBESTOS LITIGATION             **PLAINTIFF'S INITIAL**
                                                    **FACT SHEET**

-------------------------------------------------------- X

This Document Relates To:
        All Cases

-------------------------------------------------------- X

This Form is to be filed with each action brought within the counties of New York claiming an
asbestos-related disease as provided by Section VII of the Case Management Order dated June
20, 2017.

For each claimant or deceased claimant, please answer each of the following questions:

1.      Full Name: <u>Francis J. Keating Jr.</u>        2.      Date of Birth: <u>10/28/1936</u>

3.      Address: <u>3513 W Grovers Ave, Glendale, Arizona 85308</u>

4.      Social Security Number: ████████

5.      Union/Local/Years of Membership: <u>N/A</u>

6.      Date of claimant's first claimed asbestos exposure: <u>Approximately 1953.</u>

7.      Smoking History: Never Smoked  ☐

For all cigarettes, pipes, cigars, please state the inclusive dates of claimant's smoking history, the
products smoked and the amount of product consumed per day:

Plaintiff started smoking in approximately 1953. His preferred brand was Pall Mall cigarettes.
Plaintiff smoked approximately one pack per day. Plaintiff quit smoking in approximately 2000.

8.      At this preliminary stage of the proceedings, please provide as much of the following
information as is presently available: <u>worksites, inclusive dates, and trade or occupation for</u> each
site. (each worksite should be identified as specifically as possible (i.e., ships worked on in a
given shipyard):

Plaintiff was in the US Navy from approximately 1953-1974. He worked as a machinist mate
aboard approximately 9 different ships. During his Naval service, Plaintiff was at the Brooklyn
Navy Yard and potentially other shipyards. Plaintiff was exposed to asbestos at the Brooklyn
Navy Yard. Later, Plaintiff worked at the Eastman Kodak Facility in Rochester, NY from
approximately 1974 until the mid-90s. He then worked at the Motorola plant from approximately

{00415591.DOCX}

the mid-80s until an unspecified year. He then worked at the Palo Verde Nuclear Power Plant in Tonopah, Arizona up until approximately 2004.

9.      Claimed asbestos-related disease, including date of diagnosis, name of diagnosing physician or institution if known (an attached medical report would be helpful but is optional).

Non-small Cell **Lung Cancer**, Adenocarcinoma (**Stage III**). Potential metastasis to glands and spine. Records note bilateral lung multifocal calcified pleural plaques and extensive asbestos plaques. The date of diagnosis is August 2018 at the Mayo Clinic in Arizona under Dr. Schield.

{00415591.DOCX}

Case 1:18-cv-10439-CM   Document 1-1   Filed 11/09/18   Page 12 of 25

| Result type: | Oncology Consult |
| --- | --- |
| Result date: | Aug 15, 2018, 04:51 p.m. |
| Result status: | authenticated |
| Performed by: | Helen Ross |
| Verified by: | Helen Ross |
| Modified by: | Helen Ross |

| Patient: | KEATING, FRANCIS J | DOB: |
| --- | --- | --- |

REFERRED BY:Dr. Sakata

CHIEF COMPLAINT:  Lung cancer, adenocarcinoma, likely stage III in the setting of prior tobacco use and asbestos exposure.

HISTORY OF PRESENT ILLNESS: Mr. Keating is a very pleasant 81-year-old gentleman seen for recommendations for a newly diagnosed lung cancer. He presented to a local clinic in Heber with back pain and imaging showed a lung mass, hence the back pain evaluation was put on hold while he has undergone evaluation. Initially he was thought to have mesothelioma as he has extensive asbestos plaques, but those areas were cold on PET/CT and biopsy shows adenocarcinoma but does not contain sufficient cancer cells for further testing. EBUS was done twice, but the lung mass has not been biopsied.

Mr. Keating has a 20-40 pack year smoking history but quit in 2000.  He has an extensive history of asbestos exposure during the several years he spent in the Navy working in the engine room and he also worked as a refrigeration technician. He was never in Viet Nam.  Back  pain has been present for several weeks or months and is most severe in the early mornings subsiding by  11 o'clock in the morning. He has not taken pain medication and has no back pain now.  He has also lost about 10 lb weight recently but says he loses 10 lb every summer and gains it back in the winter. He spends winters in the Phoenix area and summers in Heber. A daughter lives in Glendale. He would like to have evaluations and treatment here at Mayo Clinic and he saw Dr. Schild earlier today to discuss radiation. He does not yet have a good handle on his diagnosis and treatment plans.

CURRENT MEDICATIONS: Spiriva inhaler and Anacin

ALLERGIES:  No known drug allergies

Past Medical History/Past Surgical History:  Chronic lower back pain, poor dentition with few remaining teeth, asbestos exposure, baseline neuropathy fingers/toes,  tonsillectomy, cholecystectomy

SOCIAL HISTORY: He is a widower living in Phoenix in the winter and Heber in the summer. He is from PA originally. A daughter lives in Glendale. Two sons live in WY and he tells me his grandson has recently shot a moose.  Generally active in the winter including hiking, riding his trike or one of his 2 ATVs.

FAMILY HISTORY:  Black lung disease from coal mining.

REVIEW OF SYSTEMS
ECOG PS 1. Riding his Harley trike and ATVs. Living alone and self sufficient. Dry cough but some hemoptysis after bronchoscopy. Nocturia and hesitancy. Easy bruising. All systems are otherwise negative.

PHYSICAL EXAM
Vital Signs: 169.1 cm. 70.4 Kg. Blood pressure 128/80, pulse 47, temperature 36.6 C. SpO2 94%
WDWN NAD
HEENT poor dentition, tongue coated.
Skin multiple keratoses, dry
Lungs normal effort, mildly hoarse.
COR: RRR
Extrem: No CCE
Neuro: Alert and oriented. Normal gait and station.

DATA:
Pathology: Biopsy of the 4R lymph node with high-grade non-small cell lung cancer consistent with an adenocarcinoma. Repeat with similar findings. Tumor cells sparse. Likely insufficient for further testing.

Chest CT July 30th LUL/hilar 4.4 cm mass with associated mediastinal adenopathy. Lytic area in the lower thoracic or upper lumbar region partially imaged. Scattered small lung nodules.

CT/PET in June 2018 with 4.8 cm left hilar mass with an SUV of 9 and borderline nodes. The area of the bone lesion seen on CT was not felt to be concerning on the PET/CT.

MRI of the brain was performed without contrast and revealed no evidence of brain metastasis.

Pulmonary function tests revealed an FEV1 of 1.62 or 60% of normal, improving 8% with bronchodilators. DLCO 13.09 or 59% of normal. Oxygen saturation was 95% at rest and 92% with exercise.

July labs with bili 1.7, GLU 177, WBC 9.8 otherwise WNL. Creatinine 1.0

IMPRESSION/REPORT/PLAN

Mr. Francis Keating is a very pleasant 81-year-old gentleman with a clinical T2 N2 M0 high-grade lung adenocarcinoma. Dr. Schild and I have recommended a repeat PET for both staging and treatment planning and to re-evaluate the area of the low back although the nature of his symptoms suggest this is more likely arthritis. In the face of extensive cancer in the chest, we do have to exclude metastases. Dr. Schild will need the new scan for RT planning and will discuss RT options with Mr. Keating after the scan. I explained that if the cancer still appears locally advanced, we will plan chemoradiotherapy with curative intent. I'm hopeful that we can complete a course of weekly low dose carboplatin along with radiation but we may have to abbreviate chemotherapy if it proves too toxic together with radiation.

If he is eligible, Dr. Schild is considering the proton trial and I agree with this plan. He is not a good candidate for AFT-16 trial due to the need for prolonged immunotherapy and delay in radiation start.

We will see Mr. Keating back to coordinate care once Dr. Schild has a radiation plan.

Case 1:18-cv-10439-CM   Document 1-1   Filed 11/09/18   Page 14 of 25

## Document info

# 1 of 2

|  |  |
|---|---|
| | RadOnc Consult |
| Result date: | Aug 15, 2018, 03:18 p.m. |
| Result status: | authenticated |
| Performed by: | Steven Schild |
| Verified by: | Steven Schild |
| Modified by: | Steven Schild |

| Patient: | KEATING, FRANCIS J | DOB: |
|---|---|---|

REFERRED BY: Dr. Sakata

CHIEF COMPLAINT: Lung cancer

HISTORY OF PRESENT ILLNESS: This is a very pleasant 82-year-old gentleman seen for lung. He has a 40 pack year smoking history but quit in the year 2000. He has an extensive history of asbestos exposure during the several years he spent in the Navy. He also has chronic back pain for duration greater than 3 months. This pain is most severe in the early mornings when he rises and can be as severe as 8/10. However, by 11 o'clock in the morning is generally gone. He has no back pain now. He has also lost about 10 lb weight recently and has a diminished appetite. His ECOG performance score is about a 1. He does all his normal activities and still drives both a truck and a motorcycle.

CURRENT MEDICATIONS: Spiriva inhaler and aspirin

ALLERGIES: No known drug allergies

Past Medical History/Past Surgical History: Chronic lower back pain, poor dentition with about 4 remaining teeth, asbestos exposure, status post tonsillectomy, status post cholecystectomy

Past Radiation History: None

SOCIAL HISTORY: He is a widower. He has 3 adult children, 1 of which lives in Arizona, he spends the summer in heber in the winter in Phoenix.

FAMILY HISTORY: Black lung disease from coal mining. This patient was originally from Pennsylvania.

REVIEW OF SYSTEMS
ECOG ps: 1. He is active but has lost about 10 lb. He wears glasses and is a bit hard of hearing. He has dizziness when rising. He has about 4 remaining teeth. He has a cough that is productive of sputum that can range from clear to pink. He has normal bowels. He has nocturia times 2-3. He has chronic lower back pain that seems most severe early in the morning and then goes away once he has been up for a while. He has a lump in his right thigh that has been present for several years in causes no symptoms. Is stable in size HIS no anxiety, depression nor endocrine problems.

PHYSICAL EXAM

Case 1:18-cv-10439-CM   Document 1-1   Filed 11/09/18   Page 15 of 25

Vital Signs: Blood pressure 128/65, pulse 63, temperature 36.1 C., weight 70.9 kg, height 175.3 cm.
He is a well developed well-nourished gentleman in no acute distress.  Head is normocephalic.  Oral exam reveals 4 remaining teeth and his tongue is coated suggesting the presence of thrush.  Lungs were clear and respiratory effort was normal at rest.  Heart was a bit a regular with possible premature beats.  He had no bone pain to percussion of the spine or pelvis.  He has no adenopathy in the neck supraclavicular axillary areas.  Abdomen was soft, nontender, with no organomegaly.  His right thigh has a soft mass measuring perhaps 5 cm medially.

IMPRESSION/REPORT/PLAN
Lab Data: Biopsy of the 4R lymph node station revealed high-grade non-small cell lung cancer consistent with an adenocarcinoma.  A CT of the chest was obtained on July 30th a revealed a mass that was 4.4 cm in the left upper lobe and hilum.  There was left hilar and mediastinal adenopathy.  Also noted was a lytic area in the lower thoracic or upper lumbar region that was partially imaged.  They were also some small nodules seen.  A PET scan done almost 2 months ago revealed a 4.8 cm left hilar mass with an SUV of 9 there was hilar and mediastinal hypermetabolic Blech lymph nodes present with an SUV of 3.5 there is a 0.8 cm hypermetabolic right upper lobe nodule with an SUV of 3.5.  This was interpreted as showing a hypermetabolic left hilar mass with borderline enlarged and hypermetabolic left hilar and mediastinal lymph nodes.  The right upper lobe nodule and other tiny nodularities were too small to characterize but were worrisome.  An MRI of the brain was performed without contrast and revealed no evidence of brain metastasis.

Tests: Pulmonary function tests revealed an FEV1 of 1.62 or 60% of normal improving 8% with bronchodilators.  His diffusion capacity was 13.09 or 59% of normal.  Oxygen saturation was 95% at rest and 92% with exercise.

Impression:  Mr. Keating is a very pleasant 81-year-old gentleman with a clinical T2 N2 M0 high-grade non-small cell lung cancer consistent with an adenocarcinoma.  I have recommended a repeat PET for both staging and treatment planning and have requested this through the Cerner system.  This this will better clarify his current disease stage and be helpful for treatment planning.  Is previous PET is too old.  I have also discussed the risks, benefits, side effects, alternatives, and potential complications of radiotherapy with the patient.  His questions were answered.  He appeared to understand and wished to proceed as outlined above.  Generally this would entail approximately 30 treatments and a request for simulation was also submitted through the Cerner system.  I also mentioned to him the possibility of participating in a trial.  For stage III disease there is an immunotherapy trial and a proton therapy trial.  He sees Dr. Ross later today for evaluation and opinion.  I have also sent a prescription for nystatin to his local pharmacy.

Total time with patient 60 minutes; 45 minutes counseling.

1 of 2

| | |
|---|---|
| Result type: | Cytology Fine Needle Aspiration |
| Result date: | Aug 13, 2018, 08:00 a.m. |
| Result status: | authenticated |
| Performed by: | Matthew Zarka |
| Verified by: | Matthew Zarka |
| Modified by: | Matthew Zarka |

# Cytology Fine Needle Aspiration

**Patient:**       **KEATING, FRANCIS J**       **DOB:**

**INTERPRETATION**

A. Lymph node, station 4R, EBUS fine needle aspiration (smears/cell block): Positive for malignancy.  Metastatic non small cell carcinoma, high-grade, consistent with adenocarcinoma; see Comment.

B. Lung, upper lobe, left, biopsy (core biopsy): Scattered fragments of respiratory-lined mucosal tissue, with underlying pulmonary parenchyma, with focal areas of crush artifact.  Negative for carcinoma.

C. Lung, mainstem, left, biopsy (core biopsy): Fragments of respiratory-lined mucosal tissue, with areas of atypical immature squamous metaplasia, associated with mild acute and chronic inflammation, with underlying granulation tissue formation.  No definitive evidence of invasive carcinoma.

**COMMENT**

The station 4 lymph node fine needle aspiration biopsy slides, show rare clusters of high-grade non small cell carcinoma, consistent with adenocarcinoma.  Although the cell block preparation shows lymph node elements, the cell block does not show definitive viable tumor.  Therefore, there is insufficient material to perform additional ancillary studies on this specimen.

Case reviewed with Dr. B. Larsen.

Screened at Mayo Clinic Arizona

13400 E. Shea Blvd

Scottsdale, AZ 85259

**GROSS DESCRIPTION**

A: On-site adequacy assessment performed by
cytotechnologist KRF.
Adequacy achieved on pass # 1 for part "A".
Received 4 alcohol-fixed smears and 20 cc of cloudy bloody
fluid in saline. Prepared 1 formalin fixed cell block A1.
Grossed by: KIM ROSE FUSON, CT(ASCP)
B: Received in formalin labeled "Keating, Francis" and
"left upper lobe" are multiple fragments measuring 0.4 x
0.4 x 0.1 cm in aggregate. The specimen is entirely
submitted in one block.
Gross examination performed by: BARBARA PHILLIPS HT(ASCP)
8/13/2018 hmp
C: Received in formalin labeled "Keating, Francis" and
"left mainstem bronchi" are three fragments of tan soft
tissue ranging from 0.2 to 0.3 cm. The specimen is
entirely submitted in one block.
Gross examination performed by: BARBARA PHILLIPS HT(ASCP)
8/13/2018 hmp

**SOURCE**
A. Lymph node, station 4R, EBUS fine needle aspiration
B. Lung, upper lobe, left, biopsy
C. Lung, mainstem, left, biopsy

**CLINICAL HISTORY**
Left upper lobe mass. EBUS on 8/6/2018 showed
adenocarcinoma. Here to obtain more tissue for
molecular/mutational analysis.

**REPORT ELECTRONICALLY SIGNED BY**
Matthew A. Zarka, M.D., 1-8148
I verify that I have examined all relevant slides/materials
for the specimen(s) and rendered or confirmed the diagnosis.
Mayo Clinic Arizona 13400 E. Shea Boulevard, Scottsdale, AZ
85259

**CASE NUMBER**
NA-18-3743

Case 1:18-cv-10439-CM Document 1-1 Filed 11/09/18 Page 18 of 25

REVIEW OF SYSTEMS
ECOG PS 1. Riding his Harley trike and ATVs. Living alone and self sufficient. Dry cough but some hemoptysis after bronchoscopy. Nocturia and hesitancy. Easy bruising. All systems are otherwise negative.

PHYSICAL EXAM
Vital Signs: 169.1 cm. 70.4 Kg. Blood pressure 128/80, pulse 47, temperature 36.6 C. SpO2 94% WDWN NAD
HEENT poor dentition, tongue coated.
Skin multiple keratoses, dry
Lungs normal effort, mildly hoarse.
COR: RRR
Extrem: No CCE
Neuro: Alert and oriented. Normal gait and station.

DATA:
Pathology: Biopsy of the 4R lymph node with high-grade non-small cell lung cancer consistent with an adenocarcinoma. Repeat with similar findings. Tumor cells sparse. Likely insufficient for further testing.

Chest CT July 30th LUL/hilar 4.4 cm mass with associated mediastinal adenopathy. Lytic area in the lower thoracic or upper lumbar region partially imaged. Scattered small lung nodules.

CT/PET in June 2018 with 4.8 cm left hilar mass with an SUV of 9 and borderline nodes. The area of the bone lesion seen on CT was not felt to be concerning on the PET/CT.

MRI of the brain was performed without contrast and revealed no evidence of brain metastasis.

Pulmonary function tests revealed an FEV1 of 1.62 or 60% of normal, improving 8% with bronchodilators. DLCO 13.09 or 59% of normal. Oxygen saturation was 95% at rest and 92% with exercise.

July labs with bili 1.7, GLU 177, WBC 9.8 otherwise WNL. Creatinine 1.0

IMPRESSION/REPORT/PLAN

Mr. Francis Keating is a very pleasant 81-year-old gentleman with a clinical T2 N2 M0 high-grade lung adenocarcinoma. Dr. Schild and I have recommended a repeat PET for both staging and treatment planning and to re-evaluate the area of the low back although the nature of his symptoms suggest this is more likely arthritis. In the face of extensive cancer in the chest, we do have to exclude metastases. Dr. Schild will need the new scan for RT planning and will discuss RT options with Mr. Keating after the scan. I explained that if the cancer still appears locally advanced, we will plan chemoradiotherapy with curative intent. I'm hopeful that we can complete a course of weekly low dose carboplatin along with radiation but we may have to abbreviate chemotherapy if it proves too toxic together with radiation.

If he is eligible, Dr. Schild is considering the proton trial and I agree with this plan. He is not a good candidate for AFT-16 trial due to the need for prolonged immunotherapy and delay in radiation start.

We will see Mr. Keating back to coordinate care once Dr. Schild has a radiation plan.

Case 1:18-cv-10439-CM  Document 1-1  Filed 11/09/18  Page 19 of 25

REVIEW OF SYSTEMS
ECOG PS 1. Riding his Harley trike and ATVs. Living alone and self sufficient. Dry cough but some hemoptysis after bronchoscopy. Nocturia and hesitancy. Easy bruising. All systems are otherwise negative.

PHYSICAL EXAM
Vital Signs: 169.1 cm. 70.4 Kg. Blood pressure 128/80, pulse 47, temperature 36.6 C. SpO2 94%
WDWN NAD
HEENT poor dentition, tongue coated.
Skin multiple keratoses, dry
Lungs normal effort, mildly hoarse.
COR: RRR
Extrem: No CCE
Neuro: Alert and oriented. Normal gait and station.

DATA:
Pathology: Biopsy of the 4R lymph node with high-grade non-small cell lung cancer consistent with an adenocarcinoma. Repeat with similar findings. Tumor cells sparse. Likely insufficient for further testing.

Chest CT July 30th LUL/hilar 4.4 cm mass with associated mediastinal adenopathy. Lytic area in the lower thoracic or upper lumbar region partially imaged. Scattered small lung nodules.

CT/PET in June 2018 with 4.8 cm left hilar mass with an SUV of 9 and borderline nodes. The area of the bone lesion seen on CT was not felt to be concerning on the PET/CT.

MRI of the brain was performed without contrast and revealed no evidence of brain metastasis.

Pulmonary function tests revealed an FEV1 of 1.62 or 60% of normal, improving 8% with bronchodilators. DLCO 13.09 or 59% of normal. Oxygen saturation was 95% at rest and 92% with exercise.

July labs with bili 1.7, GLU 177, WBC 9.8 otherwise WNL. Creatinine 1.0

IMPRESSION/REPORT/PLAN

Mr. Francis Keating is a very pleasant 81-year-old gentleman with a clinical T2 N2 M0 high-grade lung adenocarcinoma. Dr. Schild and I have recommended a repeat PET for both staging and treatment planning and to re-evaluate the area of the low back although the nature of his symptoms suggest this is more likely arthritis. In the face of extensive cancer in the chest, we do have to exclude metastases. Dr. Schild will need the new scan for RT planning and will discuss RT options with Mr. Keating after the scan. I explained that if the cancer still appears locally advanced, we will plan chemoradiotherapy with curative intent. I'm hopeful that we can complete a course of weekly low dose carboplatin along with radiation but we may have to abbreviate chemotherapy if it proves too toxic together with radiation.

If he is eligible, Dr. Schild is considering the proton trial and I agree with this plan. He is not a good candidate for AFT-16 trial due to the need for prolonged immunotherapy and delay in radiation start.

We will see Mr. Keating back to coordinate care once Dr. Schild has a radiation plan.

FILED: NEW YORK COUNTY CLERK 10/10/2018 03:41 PM   INDEX NO. 190384/2018
NYSCEF DOC. NO. 2                                            RECEIVED NYSCEF: 10/10/2018

| | |
|---|---|
| Result type: | Cytology Fine Needle Aspiration |
| Result date: | Aug 13, 2018, 08:00 a.m. |
| Result status: | authenticated |
| Performed by: | Matthew Zarka |
| Verified by: | Matthew Zarka |
| Modified by: | Matthew Zarka |

# Cytology Fine Needle Aspiration

| | | |
|---|---|---|
| **Patient:** | **KEATING, FRANCIS J** | **DOB:** |

**INTERPRETATION**

   A. Lymph node, station 4R, EBUS fine needle aspiration
   (smears/cell block): Positive for malignancy.    Metastatic
   non small cell carcinoma, high-grade, consistent with
   adenocarcinoma; see Comment.
   B. Lung, upper lobe, left, biopsy (core biopsy): Scattered
   fragments of respiratory-lined mucosal tissue, with
   underlying pulmonary parenchyma, with focal areas of crush
   artifact.  Negative for carcinoma.
   C. Lung, mainstem, left, biopsy (core biopsy): Fragments of
   respiratory-lined mucosal tissue, with areas of atypical
   immature squamous metaplasia, associated with mild acute
   and chronic inflammation, with underlying granulation
   ·tissue formation.  No definitive evidence of invasive
   carcinoma.

**COMMENT**

   The station 4 lymph node fine needle aspiration biopsy
   slides, show rare clusters of high-grade non small cell
   carcinoma, consistent with adenocarcinoma.  Although the
   cell block preparation shows lymph node elements, the cell
   block does not show definitive viable tumor.  Therefore,
   there is insufficient material to perform additional
   ancillary studies on this specimen.
   Case reviewed with Dr. B. Larsen.
   Screened at Mayo Clinic Arizona
   13400 E. Shea Blvd
   Scottsdale, AZ 85259

**GROSS DESCRIPTION**

FILED: NEW YORK COUNTY CLERK 10/10/2018 03:41 PM        INDEX NO. 190384/2018

NYSCEF DOC. NO. 2                                                    RECEIVED NYSCEF: 10/10/2018

| | |
|---|---|
| Result type: | PET CT Skull -Thigh |
| Result date: | Aug 17, 2018, 02:07 p.m. |
| Result status: | authenticated |
| Performed by: | Ming Yang |
| Verified by: | Ming Yang |
| Modified by: | Ming Yang |
| Accession number: | 545196754-1 |

| Patient: | KEATING, FRANCIS J | DOB: |
|---|---|---|

Name : Francis J. Keating
MRN : 06-864-829-4

Ordering Physician : 1933 SCHILD, STEVEN E, M.D.
Creation Date : 08/17/2018
Performed At : Mayo Building Phx Campus
Indications : Malignant neoplasm of upper lobe, left bronchus or;staging &
RTplanning lung ca

17-Aug-2018 15:40 *** Final ***

NM PET/CT Skull -Thigh
IMPRESSION: Allowing technical difference between current study and outside
PET/CT study, there is stable left lung central heterogeneously hypermetabolic
mass lesion, concerning for primary malignancy. Multiple left
hilar/mediastinal hypermetabolic lymph nodes, concerning for metastasis.

Right apex subcentimeter hypermetabolic nodule, concerning for satellite
lesion.

Left adrenal gland hypermetabolic nodule, concerning for metastasis.

Hypermetabolic lesion involving the L1 vertebral body with possible pathologic
fracture, metastasis.


PET/CT SKULL TO THIGH

## 2 of 3

INDICATION: Lung cancer. Subsequent treatment strategy.

RADIOPHARMACEUTICAL: 10.06 mCi F-18 FDG i.v.

TECHNIQUE: Positron emission tomography of TORSO from skull base to upper
thighs was performed in this fasting, nondiabetic patient with a dedicated
ring detector PET/CT scanner 60 minutes after radiopharmaceutical injection.
Noncontrast CT was performed for attenuation correction and anatomic
correlation. Automated, variable CT mA dose adjustment used. Glucometer blood
glucose was 188 mg/dL prior to tracer injection.

CLINICAL INFORMATION: Lung cancer. Radiation planning. Restaging.

COMPARISON: Outside PET/CT 6/27/2018. CT chest 7/30/2018. MR brain 8/8/2018.

FINDINGS:
HEAD/NECK: The visualized brain parenchyma is unremarkable. Physiological FDG
uptake is noted in the salivary glands and tonsillar tissue. There is no
hypermetabolic cervical or supraclavicular lymphadenopathy.

CHEST: Redemonstration right lung central heterogeneously hypermetabolic mass
lesion measuring 4.5 x 4.0 cm on image #90, max SUV 8.8, previously 4.7 x 4.6
cm, max SUV 8.9.

Cluster of left hilar hypermetabolic lymph node extending to the AP window
with max SUV 5.0, previously 4.3.

Precarinal hypermetabolic lymph node with max SUV 3.8, previously 3.4.

Bilateral lung multifocal calcified pleural plaques.

Right lower lung pleural-based consolidation measuring 3.1 x 1.7 cm on image
#102, max SUV 2.0, previously 2.8 x 1.5 cm with max SUV 2.6.

Right apex medial aspect small hypermetabolic nodule with max SUV 2.2,
previously 3.3.

Physiologic FDG uptake is seen in the myocardium.

ABDOMEN/PELVIS: Physiological FDG uptake is seen throughout the liver,
spleen, and bowel/colon. Left adrenal gland hypermetabolic lesion measuring
1.3 cm with max SUV 4.9, previously measuring 1.2 cm with max SUV 3.6. The
right adrenal gland is unremarkable. There is physiologic FDG excretion in the
kidneys and bladder. There is no abdominal, pelvic or inguinal

INDEX NO. 190384/2018

                                    RECEIVED NYSCEF: 10/10/2018

lymphadenopathy.

MUSCULOSKELETAL: L1 vertebral body mixed lytic and sclerotic change with max SUV 6.8, previously 5.7. There is associated mild vertebral highlight, worrisome for pathologic fracture.

NOTE: Standardized Uptake Values (SUV), if noted in this report, are used for estimating whether changes between exams are significant or not, and for providing referring physicians with a semi-objective measure on which to base clinical decisions. SUV values are only an estimate. Reported values for given abnormality may vary slightly between radiologist interpretations. SUV value is determined by the interpreting radiologist based on the information at hand on the day of exam, and should not be considered as absolute value that will be reported on future interpretations.

Electronically signed by:
Ming Yang, M.D. 17-Aug-2018 15:40



U.S. POSTAGE >> PITNEY BOWES

ZIP 10022   $ 000.47
02 4W
0000359393

**LEVY KONIGSBERG LLP**
**800 THIRD AVENUE**
**NEW YORK, N.Y. 10022**



U.S. POSTAGE PITNEY BOWES

ZIP 10022 $ 008.04°
02 4M
0000359393 OCT. 11. 2018

7018 0360 0000 2893 4322

CBS Corporation
c/o Corporation Service Company
80 State Street
Albany, NY 12207